**Melvin Corey MADDOX, Plaintiff— Appellant,**

v.

**Gene M. JOHNSON; Fred Shilling; Tracy S. Ray; M. Collins; L. Mullins; B. Owens; V. Phipps; Stanley; H. Smith; R. Kilgore; S. Church; L. Yates; T. McCoy; A. Mullins; J. Rasnick; Garry Kendrick, Defendants— Appellees.**

**No. 10–7081.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 10, 2010.

Melvin Corey Maddox, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia; Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, VA, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Corey Maddox appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Maddox v. Johnson,* No. 7:09–cv–00179–GEC–MFU (W.D.Va. July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*